# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

BOARDS OF TRUSTEES OF THE OHIO
LABORERS BENEFITS,

  Plaintiffs, : Case No. 2:19-cv-3454

  -vs-                                      Judge Sarah D. Morrison
                                             Magistrate Judge Elizabeth Preston Deavers

PASCHAL, BIHN & SONS, LLC,
                                          :

  Defendant.

## ORDER

This matter is before the Court for consideration of a Report and Recommendation (R&R) issued by the Magistrate Judge on October 1, 2019. (ECF No. 8). In the R&R, the Magistrate Judge recommended that the Court grant Plaintiffs' Motion for Default Judgment (ECF No. 7) and enter judgment against Defendant in the amount of $1,584.22, including unpaid fringe benefit contributions through December 2018, prejudgment interest, and liquidated damages, and a reasonable attorney's fee in the amount of $2,550.00, plus interest from the time of judgment at the rate of 1% per month. The time for filing objections has passed, and no objections have been filed. For the reasons set forth in the R&R, the Court hereby **ADOPTS** the R&R (ECF No. 8) and **GRANTS** Plaintiffs' Motion for Default Judgment (ECF No. 7). The Clerk is **DIRECTED** to **TERMINATE** this case from the docket records of the United States District Court for the Southern District of Ohio, Eastern Division.

    **IT IS SO ORDERED.**

                                                   /s/ Sarah D. Morrison
                                                   SARAH D. MORRISON
                                                   UNITED STATES DISTRICT JUDGE